| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

CHARLES SCHINDLER, §
§
        Petitioner, §
§
*versus* §    CIVIL ACTION NO. 1:20-CV-288
§
WARDEN, FCI BEAUMONT, §
§
        Respondent. §

**MEMORANDUM ORDER OVERRULING PETITIONER'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Petitioner Charles Schindler, a prisoner confined at the Federal Correctional Institution in Beaumont, Texas, proceeding *pro se,* filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends dismissing the petition without prejudice.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. The petitioner filed objections to the magistrate judge's Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the court concludes the objections are without merit.

The petitioner's constitutional claims under the Eighth and Fourteenth Amendments and his statutory claims under the Americans With Disabilities Act and the Prison Rape Elimination

Act are not cognizable in a habeas proceeding because they do not impact the fact or duration of the petitioner's confinement. *Preiser v. Rodriguez*, 411 U.S. 475, 500 (1973) (petition for writ of habeas corpus is the appropriate means for a prisoner to challenge the fact or duration of his confinement); *Richardson v. Fleming*, 651 F.2d 366, 372 (5th Cir. 1981) (a civil rights action is an appropriate means for recovering damages resulting from illegal administrative procedures or the conditions of confinement). The petitioner may pursue his request for a compassion release by filing a motion in his criminal case to modify sentence under 18 U.S.C. § 3582(c)(1)(A).

## ORDER

Accordingly, petitioner's objections (#4) are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (#3) is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 10th day of September, 2020.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE